In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-055 CR


____________________



BOB L. MOORE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 84780






MEMORANDUM OPINION


 A jury found Bob L. Moore to be guilty of attempted sexual assault on a child. 
Tex. Pen. Code Ann. §§ 15.01, 22.011 (Vernon 2003). After finding the defendant to
be an habitual offender, the jury assessed punishment at ninety-nine years of confinement
in the Texas Department of Criminal Justice, Institutional Division. 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967);
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 21, 2002, Moore
was given an extension of time in which to file a pro se brief. We received no response
from the appellant. Because the appeal involves the application of well-settled principles
of law, we deliver this memorandum opinion. See Tex. R. App. P. 47.4.

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. Compare Stafford v. State, 813
S.W.2d 503, 511 (Tex. Crim. App. 1991). The judgment is affirmed.

 AFFIRMED.

 PER CURIAM


Submitted on March 26, 2003

Opinion Delivered April 2, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.